IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEY JEFFERSON,**
**ADC #104933**                                                                                                    **PLAINTIFF**

v.                                    **5:15-cv-00383 KGB/JTK**

**WENDY KELLEY,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

Before the Court is plaintiff Wesley Jefferson's motion to dismiss (Dkt. No. 11). This motion was filed prior to any defendant filing an answer or responsive pleading; therefore, Mr. Jefferson may dismiss this action without a court order. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, this action is dismissed without prejudice. All pending matters are moot.

Mr. Jefferson was proceeding *in forma pauperis*. While this case is dismissed without prejudice, Mr. Jefferson is still obligated to pay the full filing fee in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915(b).

So ordered this 12th day of February, 2016.

_____
Kristine G. Baker
United States District Judge